### 164

Francois Verhasselt
vs. } No.39886
National Wholesale Grocery Co.

· DECISION
May 14, 1918

BROWN, J. The evidence is sufficient to sustain the verdict.

A new trial is denied.

For Plaintiff: Archambault & Jalbert.

For Defendant: William C. H. Brand.